IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| David Pittman, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **TO AMEND SCHEDULING/** |
| vs. | ) | **DISCOVERY PLAN** |
| | ) | |
| Vogel Law Firm and John Brakke, | ) | |
| | ) | Case No. 1:12-cv-103 |
| Defendant. | ) | |

On March 14, 2013, the parties filed a Stipulation to Amend Scheduling/Discovery Plan. The court **ADOPTS** the parties' stipulation (Docket No. 29). The Scheduling/Discovery Plan shall be amended as follows:

3. The parties shall have until August 15, 2013, to complete fact discovery and to file discovery motions.

4. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows: Plaintiff shall have until September 1, 2013, and defendants shall have until October 1, 2013, to identify the subject matter/discipline of expert witnesses to be used at trial.

5. The parties shall have until November 15, 2013, to complete discovery depositions of expert witnesses.

10. The parties shall have until December 15, 2013, to file other dispositive motions (summary judgment as to all or part of the case).

In accordance with the parties' request, the court shall also schedule a schedule a mid-discovery

1

status conference for Monday, June 17, 2013, at 10:00 a.m. The conference shall be held by telephone conference call to be initiated by the court.

**IT IS SO ORDERED.**

Dated this 18th day of March, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court