# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| David Pittman, ) | |
| ) | |
| Plaintiff, ) | **ORDER ADOPTING STIPULATION** |
| ) | **TO AMEND SCHEDULING/** |
| vs. ) | **DISCOVERY PLAN** |
| ) | |
| Vogel Law Firm and John Brakke, ) | |
| ) | Case No. 1:12-cv-103 |
| Defendant. ) | |

On March 14, 2013, the parties filed a Stipulation to Amend Scheduling/Discovery Plan. The court **ADOPTS** the parties' stipulation (Docket No. 29). The Scheduling/Discovery Plan shall be amended as follows:

3. The parties shall have until <u>August 15, 2013</u>, to complete fact discovery and to file discovery motions.

4. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows: Plaintiff shall have until <u>September 1, 2013</u>, and defendants shall have until <u>October 1, 2013</u>, to identify the subject matter/discipline of expert witnesses to be used at trial.

5. The parties shall have until <u>November 15, 2013</u>, to complete discovery depositions of expert witnesses.

10. The parties shall have until <u>December 15, 2013</u>, to file other dispositive motions (summary judgment as to all or part of the case).

In accordance with the parties' request, the court shall also schedule a schedule a mid-discovery

1

status conference for Monday, June 17, 2013, at 10:00 a.m. The conference shall be held by telephone conference call to be initiated by the court.

**IT IS SO ORDERED.**

Dated this 18th day of March, 2013.

/s/ *Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court